IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JOHN YOUNT,

                Plaintiff,

v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

                Defendant.

ORDER

13-cv-151-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      The parties have moved jointly for judgment reversing the Commissioner's decision in this case under sentence four of 42 U.S.C. § 405(g) and remanding the case to the Commissioner. The motion will be granted.

      On remand, the administrative law judge will further develop and evaluate plaintiff's claim and proceed through the sequential evaluation process as needed to reach a decision. The administrative law judge will further evaluate the claimant's drug and alcohol abuse pursuant to Social Security Ruling 13-2p; further evaluate his residual functional capacity and the opinions of the physicians of record; and obtain vocational expert testimony if necessary. Specifically, the administrative law judge will determine whether drug or alcohol abuse is a severe impairment; whether plaintiff has other severe mental impairments; whether plaintiff meets or equals any listing, including Listing 12.09 for drug abuse or alcoholism; whether or not he accepts the opinion of Dr. Houlihan, a treating psychiatrist,

and on what basis; and whether any drug or alcohol abuse is a contributing factor material to the determination of disability as set forth at 20 C.F.R. 404.1535.  With regard to each of these issues, the administrative law judge will explain his reasoning as required by law.

ORDER

IT IS ORDERED that the Commissioner's decision in this case is REVERSED.  The case is REMANDED to the Commissioner.

Entered this 24th day of September, 2013.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge