IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHN YOUNT,

       Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

       Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 13-cv-151-bbc

       This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the joint request for judgment reversing the Commissioner's decision is granted and this case

is remanded pursuant to sentence four of 42 U.S.C. § 405(g).

Peter Oppeneer, Clerk of Court

9/30/13
Date