IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHN YOUNT,

    Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social
Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 13-cv-151-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered awarding attorney fees under the Equal Access to Justice Act to Dana Duncan in the amount of $6,400.00

| s/Peter Oppeneer | 1/31/14 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |