IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHN YOUNT,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

Case No. 13-cv-151-bbc

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered awarding attorney fees under the Equal Access to Justice Act to Dana Duncan in the amount of $6,400.00

| s/Peter Oppeneer | 1/31/14 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |